UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> REBEKAH LONGACRE, <br><br> Plaintiff, <br><br> v. <br><br> AB HOME HEALTH CARE, LLC, <br><br> Defendant. | Case No. 2:16-cv-00279-NT |

## **ORDER**

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). The Court therefore rules as follows:

1. The Complaint shall be unsealed, and shall be served upon Defendant by the Relator within 90 days of the date of this Order.

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which Relator will serve upon Defendant only after service of the Complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided by 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and, for good cause, is entitled to later intervene in this action at any time.

     5.     All Orders of this Court shall be sent to the United States by the parties.

     6.     Under 31 U.S.C. § 3730(b)(2), a False Claims Act civil action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Pursuant to this statute, should either the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Relator or Defendant shall first solicit the written consent of the United States concerning any such dismissal, settlement, or discontinuance. The United States shall thereafter file with the Court a statement setting forth its position with respect to whether it consents to dismissal, settlement, or discontinuance of the action and, if so, its reasons for so consenting.

     IT IS SO ORDERED.

     This 20th day of January, 2017.

/s/ Nancy Torresen_____
U.S. Chief District Judge