# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>REBEKAH LONGACRE,<br><br>    Plaintiff,<br><br>  v.<br><br>AB HOME HEALTH CARE, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:16-cv-00279-NT<br>)<br>)<br>)<br>)<br>) |

## ORDER DIRECTING PAYMENT OF SETTLEMENT PROCEEDS

  WHEREAS Plaintiff in this *qui tam* False Claims Act suit (the "Civil Action"), Rebekah Longacre ("Relator"), Defendant AB Home Health Care, LLC, now known as Absam Home Care, LLC ("AB Home Health"), the United States of America (the "United States"), and the State of Maine ("Maine") (hereafter collectively referred to as the "Parties" to a Settlement Agreement, discussed below) jointly moved for an Order on May 20, 2020 (ECF No. 131), directing that certain "Suspended Claims" funds discussed in the Joint Motion be paid to the attorney trust account of AB Home Health's counsel to be disbursed to the federal and state governments;

  IT IS NOW HEREBY ORDERED that the Parties' Joint Motion is GRANTED, such that available funds not to exceed Ninety-Eight Thousand Dollars ($98,000) resulting from MaineCare's adjudication of the Suspended Claims shall be promptly deposited and held in a trust account of AB Home Health's counsel; and

IT IS FURTHER ORDERED that such funds shall thereafter be paid from the trust account of AB Home Health's counsel to the United States and Maine pursuant to the terms of the Settlement Agreement filed in resolution of this Civil Action (ECF No. 131-1).

**SO ORDERED:**

Dated: May 20, 2020  /s/ Nancy Torresen_____
      Portland, Maine  U.S. District Court Judge